### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

United States of America,                        No. 24-cr-165 (PAM/DLM)

                    Plaintiff,

v.                                                            **ORDER**

Ronnie Bila Shaka,

                    Defendant.

This case is before the Court on non-dispositive and dispositive pretrial motions filed by the United States of America and Defendant Ronnie Shaka. The Court held a motions hearing on September 11, 2024, to hear oral argument and review the evidence relevant to the parties' motions. Assistant United States Attorney Ruth Shnider, Esq. appeared on behalf of the government. Caitlin Hull, Esq., and Andrew Mohring, Esq., appeared on behalf of Mr. Shaka. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and District of Minnesota Local Rule 72.1.

Based on the files, records, and proceedings above, **IT IS ORDERED** that:

1. The government's Motion for Discovery (Doc. 19) is **GRANTED**.

2. Mr. Shaka's Motion to Disclose and Make Informants Available for Interview (Doc. 33) is **DENIED**.

3. Mr. Shaka's Motion for Disclosure of 404(b) Evidence (Doc. 35) is **GRANTED IN PART** and **DENIED IN PART**. Mr. Shaka requests disclosure of Rule

404(b) Evidence no later than 28 days before trial, but the government agrees to disclose Rule 404(b) Evidence no later than 21 days before trial. The government must provide disclosures no later than **21 days** before trial. If the government discovers any Rule 404(b) evidence after the deadline, it must produce the evidence as soon as possible. Although this portion of this Order does not extend to evidence that is intrinsic to the charged offense, *United States v. Young*, 753 F.3d 757, 770 (8th Cir. 2014), the disclosure of such evidence may be required under other legal authority.

4.  Mr. Shaka's Motion to Suppress Statements Obtained as a Result of Searches and Seizures (Doc. 37), Motion to Suppress Evidence Obtained as Fruits of the Illegal Arrest of Mr. Shaka (Doc. 38), Motion to Suppress Evidence Obtained from Mr. Shaka's Cell Phone (Doc. 39), and Motion for Hearing Pursuant to *Franks v. Delaware* (Doc. 40) shall be the subject of a separate report and recommendation to be prepared by the Court following the close of briefing on those motions.

DATED: September 16, 2024                    s/*Douglas L. Micko*
                                             DOUGLAS L. MICKO
                                             United States Magistrate Judge