UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-165 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Ronnie Bila Shaka, | |
| Defendant. | |

This matter is before the Court on Defendant Ronnie Bila Shaka's Motion to Reconsider Presentencing Detention. Defendant seeks release from detention to deal with child custody proceedings in tribal court and ensure the wellbeing of two of his young children.

Under 18 U.S.C. § 3143(a), a defendant may be released pending sentencing if the Court finds by clear and convincing evidence that he is not likely to flee or pose a danger to society. Defendant sustained his ninth felony conviction in this case, in which he admitted to unlawfully possessing five firearms. In the past, he has repeatedly violated no-contact orders, flouted the terms of his probation and pretrial release, and failed to appear in court. Moreover, Defendant has a history of domestic violence and several prior gun convictions. Thus, Defendant has not met his burden of establishing either § 3143(a) factor. Fed. R. Crim. P. 46(c).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Reconsider Presentencing Detention (Docket No. 107) is **DENIED**.

Dated: July 22, 2025         *s/ Paul A. Magnuson*
                              Paul A. Magnuson
                              United States District Court Judge