# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Ronnie Bila Shaka

Case No: 24-165
USM No: 19831-511

Date of Original Judgment: 08/26/2025
Date of Previous Amended Judgment: ________
*(Use Date of Last Amended Judgment if Any)*

Andrew H. Mohring, Caitlin L. D. Hull
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ________ months **is reduced to** ________ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/26/2025 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 09/24/2026

*s/ Paul A. Magnuson*
*Judge's signature*

Effective Date: ________
*(if different from order date)*

Paul A. Magnuson, United States District Court Judge
*Printed name and title*